KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01516-JAD-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND** <br><br> **(FIRST REQUEST)** <br><br> ECF No. 12 |

SFR Investments Pool 1, LLC ("SFR"), and Bank of America, N.A. ("BANA"), hereby stipulate and agree that SFR shall have an additional 3 business days, up to and including **November 7, 2022**, to file its reply in support of motion to remand [ECF No. 10] which is currently due on November 2, 2022. Counsel for SFR was out sick from Monday, October 24, 2022 through Friday, October 28, 2022, and requires additional time to complete the reply.

///

- 1 -

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of November, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott Lachman*<br>SCOTT LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 11/8/22 nunc pro tunc to 11/2/22