MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01516-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC and Bank of America, N.A. stipulate to extend the dispositive motion deadline for thirty (30) days from April 19, 2023, to **May 19, 2023**.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{69738275;1}

The parties are requesting this extension so they can continue settlement negotiations without the expense of drafting summary judgment motions. The parties do not request a formal mediation at this time. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of April, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Scott R. Lachman | /s/ Chantel M. Schimming |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| SCOTT R. LACHMAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 4-7-2023

2

{69738275;1}