KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01516-JAD-JQC <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** <br><br> **(FIRST REQUEST)** <br><br> ECF No. 28 |

SFR Investments Pool 1, LLC ("SFR"), and Bank of America, N.A. ("BANA"), hereby stipulate and agree that SFR shall have up to and including July 24, 2023 to file its response to motion for summary judgment [ECF No. 24]. The response is currently due June 9, 2023. The parties further agree BANA shall have up to and including August 24, 2023 to file its reply. The parties are engaged in active settlement negotiations and both parties believe settlement is possible. As a result, the parties request the extension of time so as not to incur any unnecessary fees and costs.

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of June, 2023.

| | |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Scott Lachman | /s/ Karen L. Hanks |
| SCOTT LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| 1635 Village Center Circle, Suite 200 | CHANTEL M. SCHIMMING, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 8886 |
| | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Bank of America, N.A.* | Las Vegas, NV 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 9, 2023