ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-01516-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BANK OF AMERICA, N.A., DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | ECF No. 32 |
| Defendants. | |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{72257920;1}

PLEASE TAKE NOTE that SFR Investments Pool 1, LLC and Bank of America, N.A. (**BANA**), by and through their respective counsel of record, hereby stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear its own costs and fees.

**IT IS SO STIPULATED**.

DATED this 22nd day of August, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Scott R. Lachman<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Chantel M. Schimming<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

Based on the parties' stipulation [32] and with good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED that **this case is dismissed with prejudice,** each party to bear its own costs and fees. The Clerk of Court is directed to CLOSE THIS CASE.

_____
**UNITED STATES DISTRICT COURT JUDGE**
August 25, 2023

{72257920;1}